# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTY MCCUNE,<br>on behalf of Plaintiff and a class,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHOICE CAPITAL FUND<br>d/b/a www.TheLoanSmith.com and TheLoanSmith;<br>UPFRONT PROCESSING<br>d/b/a www.TheLoanSmith.com;<br>MICHAEL DERRY;<br>JOHN DOES 1-20,<br><br>　　　　　　　Defendants. | Case No.: 1:23-cv-01784-JRS-MG<br><br>Judge James R. Sweeney II<br>Magistrate Judge Mario Garcia |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. The parties have stipulated to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice with respect to the claims of the putative classes, with each party to bear their own costs and fees.

Accordingly, Plaintiff's individual claims are dismissed with prejudice and the claims of the putative classes are dismissed without prejudice, each party to bear their own costs and fees. Civil case terminated.

Date: 12/21/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service of this document will be made electronically
on all ECF-registered counsel of record via email
generated by the Court's CM/ECF system.